UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LEONCE CLEMENT AND<br>ADRIENNE CLEMENT | NO. 3:21-cv-607 |
| VERSUS | |
| ALLSTATE INDEMNITY COMPANY,<br>JOSEPH KEHRLI, AND METROPOLITAN<br>PROPERTY AND CASUALTY INSURANCE COMPANY | JURY DEMAND |

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, **METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY**, which files this Notice of Removal of this action from the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana, Suit No. 694205, Section 27, to the United States District Court, Middle District of Louisiana, pursuant to 28 U.S.C. §1441, et seq., and in support thereof, states as follows:

1.

Defendant, Metropolitan Property and Casualty Insurance Company, has been sued by Plaintiffs, Leonce and Adrienne Clement, for underinsured motorist coverage pursuant to a contract of insurance between the parties is the only remaining Defendant to a civil action brought in the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana, Suit No. 694205, Section 27, entitled *Leonce Clement and Adrienne Clement v. Allstate Indemnity Company, Joseph Kehrli, and Metropolitan Property and Casualty Insurance Company*.

2.

Allstate Indemnity Company and Joseph Kehrli were dismissed from this matter by the 19th Judicial District Court on October 3, 2021, due to a settlement agreement reached between

Plaintiff and those Defendants. Copies of all documents from the suit record at the 19th Judicial District Court are attached hereto as Exhibit A.

3.

**JURISDICTION**

This is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. §1332, and is one that may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441(B) in that it is a civil action between citizens of different States and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4.

**AMOUNT IN CONTROVERSY**

In support of its contention that the amount of controversy is met for purposes of removal, and while not admitting that Defendant agrees to Plaintiff's entitlement to the amount being sought, Defendant submits the following:

A. On August 25, 2021, Metropolitan Property and Casualty Insurance Company, through counsel, received a settlement demand for its policy limit of $100,000. (Correspondence attached Exhibit B).

B. However, at the time of the receipt of the Plaintiff's settlement demand, this case was not removable as there was a Louisiana citizen, Joseph Kehrli, who was a party to the case. Since receipt of the demand, Joseph Kehrli has been dismissed. (Article 1913 Notice of Judgment of Dismissal mailed on October 3, 2021, to all parties is attached as Exhibit C).

C. The receipt of the August 25, 2021, settlement demand constitutes the receipt of "other paper" by Defendant as to the amount in controversy, and further, mentions a

neck and back surgery recommendations made to Plaintiff by his doctor.

D. Therefore, Defendant asserts that Plaintiff contends that the amount in controversy exceeds the sum of seventy-five thousand ($75,000.00) dollars.

5.

**DIVERSITY OF CITIZENSHIP**

The Plaintiffs, Leonce and Adrienne Clement, are resident of lawful age of East Baton Rouge Parish, Louisiana, so that for purposes of diversity jurisdiction they are deemed citizens of Louisiana.

6.

The Defendant, Metropolitan Property and Casualty Insurance Company, is a foreign insurance company domiciled in Rhode Island, and its principal place of business is in Rhode Island; accordingly, it is deemed to be a citizen of Rhode Island for purposes of diversity jurisdiction.

7.

**TIMELINESS**

Defendant submits this removal is timely as it has been filed within thirty (30) days of the dismissal of the non-diverse Defendant, Joseph Kehrli, who was dismissed from this matter with notice of judgment being mailed to all parties on October 3, 2021, and is being filed within one (1) year of the commencement of the action against Defendant, Metropolitan Property and Casualty Insurance Company.

8.

The Defendant represents that promptly upon the filing of this Notice of Removal that it will give written notice thereof to the Plaintiff and shall file a copy of the Notice of Removal

with the Clerk of the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, wherein said state court action is now pending.

9.

The Defendant respectfully prays that the removal of this civil action be permitted, and that this Court notify the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to proceed no further.

**WHEREFORE**, Defendant, **METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY**, respectfully prays that the above referenced matter now pending in against it in the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana, Suit No. 694205, Section 27, entitled *Leonce Clement and Adrienne Clement v. Allstate Indemnity Company, Joseph Kehrli, and Metropolitan Property and Casualty Insurance Company* be removed and proceed in this Court as an action properly removed.

    Respectfully submitted,

    SCHUTTE, TERHOEVE, RICHARDSON, EVERSBERG, CRONIN, JUDICE & BOUDREAUX

**BY:**    */s/Andrew W. Eversberg*
    **ANDREW W. EVERSBERG (26026)**
    501 Louisiana Avenue
    Baton Rouge, LA 70802-6129
    Telephone: (225) 387-6966
    Fax: (225) 387-8338
    Email: Drew@501LA.com

5

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing via the Court's CM/ECF system which will deliver copies to all counsel of record.

Baton Rouge, Louisiana this 25th day of October, 2021.

/s/Andrew W. Eversberg
ANDREW W. EVERSBERG