## SCHUTTE, RICHARDSON, EVERSBERG, CRONIN, JUDICE & AVOCATO

**(A REGISTERED LIMITED LIABILITY PARTNERSHIP)**
**ATTORNEYS AT LAW**

501 Louisiana Avenue
Baton Rouge, LA 70802-6129
Telephone (225) 387-6966
Facsimile (225) 387-8338
www.501LA.com

Charles A. Schutte, Jr. (APLC)
Keith L. Richardson†
Andrew W. Eversberg°
Stephen Dale Cronin
Valerie A. Judice
Sean P. Avocato
John David Ziober
Imelda Frugé
J. Christopher Dippel, Jr.

*Also Admitted in Texas
†Also Admitted in Georgia
°Also Admitted in Mississippi

**ANDREW W. EVERSBERG**
Direct Dial Number: (225) 387-8328
Direct Fax Number: (225) 387-8228
E-Mail: Drew@501LA.com

Carey J. Guglielmo   (Retired)
Paul Marks, Jr.      (1942-2019)
Glen Scott Love      (Of Counsel)
Henry Terhoeve*      (Of Counsel)

August 24, 2022

United States District Judge Brian A. Jackson
United States Magistrate Judge Scott D. Johnson

    Re:    Clement et al v. Metropolitan Group Property and Casualty Insurance Company
            No. 3:21-cv-00607-BAJ-SDJ
            Our File: 0250-0501

Your Honors:

    I represent Defendant, Metropolitan Group Property and Casualty Insurance Company, and write to advise the Court that this matter has been settled between all parties involved. Accordingly, we request that the Court enter a sixty-day order of dismissal and that the following events be removed from the docket:

    Settlement conference 9/20/22
    Pretrial conference 5/11/23
    Jury trial 7/10/23

    Please let me know if you have any questions or need anything further.

               Yours truly,

               Andrew W. Eversberg

AWE/lgb