UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LEONCE CLEMENT AND  NO. 3:21-cv-607
ADRIENNE CLEMENT

VERSUS

ALLSTATE INDEMNITY COMPANY,
JOSEPH KEHRLI, AND METROPOLITAN
PROPERTY AND CASUALTY INSURANCE COMPANY    JURY DEMAND

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to joint motion of the parties, Plaintiffs **LEONCE CLEMENT AND ADRIENNE CLEMENT**, and Defendant, **METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY**, hereby represent to the court that they request the entry of an order dismissing the claims of Leonce Clement and Adrienne Clement against Metropolitan Property and Casualty Insurance Company, with prejudice, and with each party to their own costs of court.

Respectfully submitted,

BY: _____
**MATTHEW LOFASO (23841)**
11404 Lake Sherwood Ave. N, Suite A
Baton Rouge, LA 70816
Telephone: (225) 293-6330
Fax: (225) 293-6332
Email: matt@lofasolawfirm.com

BY: _____
**ANDREW W. EVERSBERG (26026)**
501 Louisiana Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-6966
Fax: (225) 387-8338
Email: Drew@501LA.com