UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LEONCE CLEMENT, ET AL. | CIVIL ACTION |
| VERSUS | |
| METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY | NO. 21-00607-BAJ-SDJ |

## JUDGMENT

Considering the parties' **Joint Motion For Dismissal With Prejudice (Doc. 13)**, which the Court construes as a stipulation of dismissal signed by counsel for all remaining parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 30th day of September, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**